IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| In the Matter of | ) | |
| | ) | |
| WILLIAM BARRIER ROBERTS, | ) | Case No. 18-83442-CRJ11 |
| | ) | |
| Debtor. | ) | Chapter 11 |
| | ) | |
| TAZEWELL T. SHEPARD, | ) | |
| As Trustee for the Chapter 7 Bankruptcy | ) | |
| Estate of William Barrier Roberts | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | AP No. 21-80040-CRJ |
| | ) | |
| ROSCOE OWEN ROBERTS, | ) | |
| in his capacity | ) | |
| Defendant. | ) | |

**MOTION FOR EXTENSION OF TIME TO FILE ANSWER
AND MOTION TO STAY PROCEEDINGS**

COMES NOW Stuart M. Maples as counsel for William Barrier Roberts ("Debtor"), and moves this Honorable Court for 1) a ninety (90) day extension of time within which to file his answer to *Trustee's Complaint for Denial of the Debtor's Chapter 7 Discharge* [Doc 1], and 2) Motion to Stay Proceedings, and as grounds therefore states as follows:

1. The Trustee filed his Complaint for Denial of the Debtor's Chapter 7 Discharge on March 21, 2021. Additional time is required to assess the allegations contained in the Complaint.

2. The largest creditor in this case, First National Bank of Pulaski, has unsecured guaranty claims totaling $5,580,202.79.

3. This debt is secured to be paid in full by a refinance of the guaranteed debt by the principal on this debt.

4. It has been estimated that this transaction should close, if at all, in the next ninety (90) days.

5. In the event this refinance occurs and this claim is satisfied, the Trustee currently has sufficient funds on hand to pay off remaining claims.

WHEREFORE, premises considered, counsel for the Debtor prays that this Honorable Court allow an additional ninety (90) days, until July 12, 2021, within which to answer the Trustee's Complaint, and for such other and further relief as this Court deems just and proper.

Respectfully submitted on April 9, 2021.

        */s/ Stuart M. Maples*
        STUART M. MAPLES
        (ASB-1974-S69S)

MAPLES LAW FIRM, PC
200 Clinton Avenue West, Suite 1000
Huntsville, Alabama 35801
(256) 489-9779 – Telephone
(256) 489-9720 – Facsimile
smaples@mapleslawfirmpc.com

# CERTIFICATE OF SERVICE

I do hereby certify that on April 9, 2021, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record, and on the following:

Tazewell T. Shepard III
Kevin M. Morris
Tazewell T. Shepard IV
SPARKMAN, SHEPARD & MORRIS, P.C.
P.O. Box 19045
Huntsville, AL 35804

Richard Blythe
Bankruptcy Administrator
richard_blythe@alnba.uscourts.gov

Kevin Heard, Esq.
303 Williams Avenue, Ste. 921
Huntsville, AL 35801

                        /s/ *Stuart M. Maples*
                        STUART M. MAPLES