IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| In the Matter of: | ) | |
| | ) | |
| WILLIAM BARRIER ROBERTS | ) | CASE NO. 18-83442-CRJ7 |
| SSN: XXX-XX-9314 | ) | |
| | ) | CHAPTER 7 |
| JUDITH A. KLASS | ) | |
| SSN: XXX-XX-1315 | ) | |
| | ) | |
| Debtors. | ) | |
| | ) | |
| TAZEWELL T. SHEPARD, as Trustee for, | ) | ADVERSARY NO. 21-80040-CRJ |
| the Chapter 7 Bankruptcy Estate of William | ) | |
| Barrier Roberts, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ROSCOE OWEN ROBERTS, in his capacity, | ) | |
| as Personal Representative of William Barrier | ) | |
| Roberts, deceased, | ) | |
| | ) | |
| Defendant. | ) | |

**ROSCOE OWEN ROBERTS' JOINDER IN MOTION FOR EXTENSION
OF TIME TO FILE ANSWER AND MOTION TO STAY PROCEEDINGS**

COMES NOW, Roscoe Owen Roberts, in his capacity as personal representative of William Barrier Roberts, deceased ("Defendant"), and files his Joinder in the Motion submitted on behalf of William Barrier Roberts ("Debtor") for Extension of Time to File Answer and Motion to Stay Proceedings (ECF No. 7) ("Motion"), and would state as follows:

1. Defendant has reviewed the Motion and hereby joins in said request believing that additional time is required to assess the allegations contained in the Complaint. Furthermore, Defendant agrees with counsel for Debtor that a refinance of the unsecured claims of First National Bank of Pulaski should satisfy this debt, thereby leaving the

1

Trustee with sufficient funds to pay off remining claims.

WHEREFORE PREMISES CONSIDERED, Roscoe Owen Roberts requests that this Honorable Court grant Debtor's Motion for Extension of Time to File Answer and Motion to Stay Proceedings (ECF No. 7), and, in doing so, grant Defendant the same, allowing an additional ninety (90) days, until July 12, 2021, to answer the Trustee's Complaint, plus such further and additional relief as the Court deems just and proper.

Respectfully submitted this the 12th day of April, 2021.

/s/ Kevin D. Heard
Kevin D. Heard
*Attorney for Roscoe Owen Roberts*

Of Counsel:
HEARD, ARY & DAURO, LLC
303 Williams Avenue
Park Plaza, Suite 921
Huntsville, Alabama 35801
Phone: (256) 535-0817
Fax: (256) 535-0818
kheard@heardlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of April, 2021, I served a copy of the foregoing document on the parties listed below via electronic mail at the e-mail address below, unless the party being served is a registered participant in the CM/ECF System for the United States Bankruptcy Court for the Northern District of Alabama, service has been made by a "Notice of Electronic Filing" pursuant to FRBP 9036 in accordance with subparagraph II.B.4. of the Court's Administrative Procedures as indicated below:

**Notice will be electronically mailed to:**

Richard M Blythe Richard_Blythe@alnba.uscourts.gov

Stuart M Maples smaples@mapleslawfirmpc.com

Tazewell Shepard tshepard@ecf.axosfs.com

Tazewell Taylor Shepard, IV ty@ssmattorneys.com

/s/ Kevin D. Heard
Kevin D. Heard