**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| In re:  William Barrier Roberts<br>        SSN:  xxx-xx-9314<br><br>              Debtor.<br>_____<br><br><br>Tazewell T. Shepard,<br>as Trustee for the Chapter 7 Bankruptcy<br>Estate of William Barrier Roberts<br><br>              Plaintiff,<br><br>v.<br><br>Roscoe Owen Roberts,<br>in his capacity as personal representative<br>of William Barrier Roberts, deceased.<br><br>              Defendant. | Case No.:  18-83442-CRJ-7<br><br><br>Chapter 7<br><br><br><br><br><br><br><br>AP No.: 21-80040-CRJ |

**TRUSTEE'S RESPONSE TO DEBTOR'S MOTION FOR EXTENSION
OF TIME TO FILE ANSWER AND MOTION TO STAY PROCEEDINGS;
<u>AND OWEN ROBERTS'S JOINTER THERETO</u>**

COMES NOW Tazewell T. Shepard III, trustee of the bankruptcy estate of the above-captioned Chapter 7 debtor (the "**Trustee**"), and responds to William Barrier Roberts's (the "**Debtor**") Motion for Extension of Time to File Answer and Motion to Stay Proceedings; and Roscoe Owen Roberts's ("**Owen Roberts**") Jointer thereto as follows:

1.      This lawsuit concerns whether the Debtor is entitled to a Chapter 7 discharge pursuant to 11 U.S.C. § 727. The satisfaction of allowed claims constitutes is a separate, unrelated issue to be administered outside of this adversary proceeding.

2.      Further, the Trustee has no reason to believe that the bankruptcy estate presently possesses adequate funds to pay all administrative, priority, and unsecured claims in this case in full. Satisfaction or withdrawal of First National Bank's proofs of claim would not affect this analysis, as suggested by the Debtor. ECF Doc. 7, ¶ 2.

3.      The Trustee **does not oppose** the Movants' requests for a continuance if more time is needed to file an Answer. The Trustee **does oppose** the Movants' request to stay this proceeding because she relief is unwarranted and will delay full administration of the Debtor's bankruptcy case.

WHEREFORE, premises considered, the Trustee prays that this Honorable Court will enter an Order for such relief as the Court deems just and proper.

Respectfully submitted this the 14th day of April, 2021.

/s/ Tazewell T. Shepard IV
Kevin M. Morris
Tazewell T. Shepard IV
*Attorneys to Chapter 7 Trustee*

**SPARKMAN, SHEPARD & MORRIS, P.C.**
P.O. Box 19045
Huntsville, AL 35804
(256) 512-9924
ty@ssmattorneys.com

## CERTIFICATE OF SERVICE

This is to certify that I have this the 14th day of April, 2021 served the foregoing document upon Kevin D. Heard, *Attorney for Owen Roberts*, Stuart M. Maples, *Attorney for William Barrier Roberts*, and all parties requesting notice, by electronic service through the Court's CM/ECF system and/or by placing a copy of the same in the U. S. Mail, postage prepaid.

/s/ Tazewell T. Shepard IV
Tazewell T. Shepard IV