IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| In the Matter of | ) | |
| | ) | |
| WILLIAM BARRIER ROBERTS, | ) | Case No. 18-83442-CRJ11 |
| | ) | |
| Debtor. | ) | Chapter 11 |
| | ) | |
| TAZEWELL T. SHEPARD, | ) | |
| As Trustee for the Chapter 7 Bankruptcy | ) | |
| Estate of William Barrier Roberts | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | AP No. 21-80040-CRJ |
| | ) | |
| ROSCOE OWEN ROBERTS, | ) | |
| in his capacity | ) | |
| Defendant. | ) | |

**MOTION FOR EXTENSION OF TIME TO FILE ANSWER
AND REQUEST FOR STATUS CONFERENCE**

COMES NOW Stuart M. Maples as counsel for William Barrier Roberts ("Debtor"), and moves this Honorable Court for 1) a ninety (90) day extension of time within which to file his answer to *Trustee's Complaint for Denial of the Debtor's Chapter 7 Discharge* [Doc 1], and 2) to set a Status Conference in this case, and as grounds therefore states as follows:

1. The Trustee filed his Complaint for Denial of the Debtor's Chapter 7 Discharge on March 21, 2021.

2. The largest creditor in this case, First National Bank of Pulaski, has unsecured guaranty claims totaling $5,580,202.79.

3. This debt is secured to be paid in full by a refinance of the guaranteed debt by the principal on this debt.

4. After consultation with the Bank's attorney, it has been estimated that funding for this loan is due to be approved by the SBA in July, and that this transaction should close by the end of August 2021.

5. In the event this refinance occurs and this claim is satisfied, the Trustee currently has sufficient funds on hand to pay off remaining claims.

6. Counsel for the Debtor requests that this Honorable Court set a Status Conference in this matter.

WHEREFORE, premises considered, counsel for the Debtor prays that this Honorable Court 1) allow an additional ninety (90) days, until September 16, 2021, within which to answer the Trustee's Complaint, 2) to set a Status Conference in this matter, and for such other and further relief as this Court deems just and proper.

Respectfully submitted on June 17, 2021.

>/s/ Stuart M. Maples
> STUART M. MAPLES
> (ASB-1974-S69S)

MAPLES LAW FIRM, PC
200 Clinton Avenue West, Suite 1000
Huntsville, Alabama 35801
(256) 489-9779 – Telephone
(256) 489-9720 – Facsimile
smaples@mapleslawfirmpc.com

# CERTIFICATE OF SERVICE

       I do hereby certify that on June 17, 2021, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record, and on the following:

Richard Blythe
Bankruptcy Administrator
richard_blythe@alnba.uscourts.gov

Kevin D. Heard
HEARD, ARY & DAURO, LLC
303 Williams Avenue
Park Plaza, Suite 921
Huntsville, Alabama 35801
kheard@heardlaw.com

Tazewell T. Shepard IV
SPARKMAN, SHEPARD & MORRIS, PC
P.O. Box 19045
Huntsville, Alabama 35804
ty@ssmattorneys.com

                                                 /s/ *Stuart M. Maples*
                                                 STUART M. MAPLES