IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| In the Matter of | ) | |
| | ) | |
| WILLIAM BARRIER ROBERTS, | ) | Case No. 18-83442-CRJ-7 |
| | ) | |
| Debtor. | ) | Chapter 7 |
| | ) | |
| | ) | |
| TAZEWELL T. SHEPARD, | ) | |
| as Trustee for the Chapter 7 Bankruptcy | ) | |
| Estate of William Barrier Roberts | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | AP No. 21-80040-CRJ |
| | ) | |
| ROSCOE OWEN ROBERTS, | ) | |
| in his capacity as personal representative | ) | |
| of William Barrier Roberts, deceased. | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

## ANSWER OF DEBTOR WILLIAM BARRIER ROBERTS

COMES NOW William Barrier Roberts ("Debtor," "Defendant"), by and through his undersigned counsel, and hereby answers the *Trustee's Complaint for Denial of the Debtor's Chapter 7 Discharge* [Doc 1], filed by Trustee Tazewell T. Shepard III ("Plaintiff," "Trustee"). Unless expressly admitted herein, Debtor denies the material allegations of the Trustee's Complaint for Denial of the Debtor's Chapter 7 Discharge (the "AP Complaint") and demands strict proof thereof. Debtor responds to the numbered allegations of the AP Complaint as follows:

### BACKGROUND

1. The averments of Paragraph 1 of the Complaint are admited.

2. The averments of Paragraph 2 of the Complaint are admited.

3. Debtor admits that jurisdiction in this Court is proper.

## **PERTINENT FACTS**

4. Debtor denies the averments contained in paragraph 4 of the Complaint.

5. Debtor denies the averments contained in paragraph 5 of the Complaint and demands strict proof thereof.

6. Debtor admits the averments contained in paragraph 6 of the Complaint.

7. Debtor denies the averments contained in paragraph 7 of the Complaint and demands strict proof thereof.

8. Debtor admits the averments contained in paragraph 8 of the Complaint.

9. Debtor admits the averments contained in paragraph 9 of the Complaint.

10. Debtor denies the averments contained in paragraph 10 of the Complaint and demands strict proof thereof.

11. Debtor denies the averments contained in paragraph 11 of the Complaint and demands strict proof thereof.

12. Debtor is without sufficient information to admit or deny the averments contained in paragraph 12 of the Complaint; therefore, the averments of Paragraph 12 are denied.

13. Debtor is without sufficient information to admit or deny the averments contained in paragraph 13 of the Complaint; therefore, the averments of Paragraph 13 are denied.

14. Debtor denies the averments contained in paragraph 14 of the Complaint and demands strict proof thereof.

15. Debtor denies the averments contained in paragraph 15 of the Complaint and demands strict proof thereof.

16. Debtor is without sufficient information to admit or deny the averments contained in paragraph 16 of the Complaint; therefore, the averments of Paragraph 16 are denied.

## COUNT ONE
### Denial of Discharge

17. Debtor adopts and reassets his responses to the previous paragraphs as though fully set forth herein.

18. Debtor denies the averments contained in paragraph 18 of the Complaint.

19. Debtor denies the averments contained in paragraph 19 of the Complaint.

20. Debtor denies the averments contained in paragraph 20 of the Complaint.

21. Debtor denies the averments contained in paragraph 21 of the Complaint.

22. Debtor denies the averments contained in paragraph 22 of the Complaint and demands strict proof thereof.

23. Debtor denies the averments contained in paragraph 23 of the Complaint and demands strict proof thereof.

24. Debtor denies the averments contained in paragraph 24 of the Complaint and demands strict proof thereof.

25. Debtor admits the averments contained in paragraph 25 of the Complaint.

26. Debtor denies the averments contained in paragraph 26 of the Complaint and demands strict proof thereof

27. Debtor denies the averments contained in paragraph 27 of the Complaint and demands strict proof thereof.

28. Debtor denies the averments contained in paragraph 28 of the Complaint and demands strict proof thereof.

29. Debtor denies the averments contained in paragraph 29 of the Complaint and demands strict proof thereof.

Debtor denies Plaintiff is entitled to any of the relief requested in his prayer for relief and denies all averments contained therein.

**AFFIRMATIVE DEFENSES**

1. Plaintiff has failed to state a claim upon which relief can be granted.

2. Debtor reserves the right to plead additional defenses as information warranting the assertion of those defenses become available through discovery.

Respectfully submitted on October 18, 2021.

*/s/ Stuart M. Maples*
STUART M. MAPLES
(ASB-1974-S69S)

MAPLES LAW FIRM, PC
200 Clinton Avenue West, Suite 1000
Huntsville, Alabama 35801
(256) 489-9779 – Telephone
(256) 489-9720 – Facsimile
smaples@mapleslawfirmpc.com

## CERTIFICATE OF SERVICE

  I do hereby certify that on October 18, 2021, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record, and on the following:

Richard Blythe
Bankruptcy Administrator
richard_blythe@alnba.uscourts.gov

Kevin D. Heard
HEARD, ARY & DAURO, LLC
303 Williams Avenue
Park Plaza, Suite 921
Huntsville, Alabama 35801
kheard@heardlaw.com

Tazewell T. Shepard III
Kevin M. Morris
Tazewell T. Shepard IV
SPARKMAN, SHEPARD & MORRIS, PC
P.O. Box 19045
Huntsville, Alabama 35804
ty@ssmattorneys.com

               /s/ *Stuart M. Maples*
               STUART M. MAPLES

5

Case 21-80040-CRJ  Doc 34  Filed 10/18/21  Entered 10/18/21 15:03:02  Desc Main
Document  Page 5 of 5